784 A.2d 109

**In the Matter of Warren D. UTERMAHLEN.**

**No. 465 Disciplinary Docket No. 2– Supreme Court (No. 32 RST 2001).**

Supreme Court of Pennsylvania.

Oct. 11, 2001.

PETITION FOR REINSTATEMENT

*O R D E R*

PER CURIAM.

AND NOW, this 11th day of October, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated September 4, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.